Ann M. Cerney, SBN: 068748
CERNEY KREUZE & LOTT, LLP
Attorneys at Law
45 Hunter Square Plaza
Stockton, California  95202
Telephone: (209) 948-9384
Facsimile:  (209) 948-0706

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA**

—o0o—

| | |
|---|---|
| KELLY DENISE CLAYTON, | CASE NO. 2:09-CV-02282-EFB |
| Plaintiff, | **ORDER EXTENDING PLAINTIFF'S TIME TO RESPOND TO DEFENDANT'S ANSWER** |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the stipulation of the parties, Plaintiff's request for an extension of time to respond to Defendant's Answer is hereby APPROVED.

Plaintiff shall file her response on or before March 15, 2010.

SO ORDERED.

DATED:  January 12, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

1
STIPULATION AND [PROPOSED] ORDER  EXTENDING PLAINTIFF'S TIME TO RESPOND TO DEFENDANT'S ANSWER