IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KELLY DENISE CLAYTON,

      Plaintiff,                       No. CIV S-09-2282 EFB

      vs.

MICHAEL J. ASTRUE,                ORDER
Commissioner of Social Security,

      Defendant.
_____/

      On June 16, 2011, plaintiff filed a motion for attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d) ("EAJA"). Dckt. No. 26. As of the date of this order, defendant has not filed either an opposition or a statement of non-opposition in response to plaintiff's motion. Accordingly, IT IS HEREBY ORDERED that, within 45 days of the date of this order, defendant shall (1) file a stipulation and proposed order resolving plaintiff's fee motion, or (2) file an opposition in response to plaintiff's motion.

      SO ORDERED.

DATED: July 21, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE